# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENNETH DEAN

VERSUS

ANTHONY DIMATTIA, ALSO KNOWN
AS ANTHONY PAUL MILLER

    CONSOLIDATED WITH

KENNETH M. DEAN

VERSUS

TYFFANIE A. VIAL, ET AL

NO. 2020 CW 0564

**SEPTEMBER 18, 2020**

---

In Re:    Anthony DiMattia, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2017-0002224 c/w 2018-0479.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT GRANTED WITH ORDER.** The trial court's June 2, 2020 and June 8, 2020 judgments are final, appealable judgments. See La. Code Civ. P. art. 1915(A). Thus, the writ application is granted for the limited purpose of remanding this matter to the trial court with instructions to grant an appeal to defendant, Anthony DiMattia, pursuant to the notice of intent to seek supervisory writs filed on June 9, 2020. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). In the event defendant seeks to appeal the trial court's judgments, he shall submit a new order for appeal to the trial court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT